# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JESSICA TALLY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:18-CV-00311-JRG |
| § | |
| SERVICE MANAGEMENT SYSTEMS, INC., § § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice ("the Motion"). (Dkt. No. 25). In the Motion, the Parties represent that they have settled all disputed matters in the above-captioned action and ask the Court to dismiss the action with prejudice.

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Court **ORDERS** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief are hereby **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Case No. 2:18-cv-311-JRG.

**So ORDERED and SIGNED this 14th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE